**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LASHAY ELMORE** **PLAINTIFF**

**V.** **No. 4:25-cv-01021-LPR**

**ROCKET MORTGAGE LLC et al.** **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Defendants on all claims with one exception. As to all claims against CT Corporation System, those claims are dismissed without prejudice.

IT IS SO ADJUDGED this 4th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE